UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

COOGI PARTNERS, LLC,　　　　　　　　　　　　Case No. 1:19-cv-01857-VEC-DF

     Plaintiff,

 ·against-　　　　　　　　　　　　　　　　ECF CASE
　　　　　　　　　　　　　　　　　　　　　　Electronically Filed
NBA PROPERTIES, INC,
BROOKLYN NETS, LLC, NIKE, INC.,
NEW ERA CAP CO., INC., FRONTIER　　　　　　STIPULATION AND ORDER
ALUMINUM CORPORATION, RUSSELL　　　　　　OF DISMISSAL UNDER FED.
BRANDS, LLC, WINCRAFT　　　　　　　　　　　R. CIV. P. 41 (a)(1)(A)
INCORPORATED, ISLIDE, INC. AND
and JOHN DOES 1 - 10,

    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for all parties hereto, that pursuant to Rule 41 (a)(1)(A), Fed. R. Civ P., Plaintiff Coogi Partners, LLC's claims are dismissed with prejudice and without costs to any party as against any other party.

Dated: New York, New York
   November 4, 2019

                COX LAW FIRM LLC
                By: _____
                  William H. Cox (WC 3295)
                Attorneys for Plaintiff
                43 West 43rd Street, Suite 137
                New York, New York 10036-7424
                Tel. No.: (212) 804-5756
                wcox@lawcox.com

LAW OFFICES OF H.W. BURNS

By: _____
Howard W. Burns, Jr. (HWB 6529)

Attorney for Plaintiff
The Woolworth Building
233 Broadway - Suite 2065
New York, New York 10279
Tel. No.: (212) 227-4450
Howard@HWBurnsLaw.com


POWLEY & GIBSON, P.C.

By: _____
Keith E. Sharkin (KS1307)

Attorneys for Defendant NIKE, Inc.
60 Hudson St, Suite 2203
New York, New York 10013
Tel. No.: (212) 226-5054
kesharkin@powleygibson.com


MITCHELL SILBERBERG & KNUPP LLP

By: _____
Eleanor M. Lackman (ESL_____)

Attorneys for Defendants NBA Properties, Inc.,
Brooklyn Nets, LLC, New Era Cap Co., Inc.,
Frontier Aluminum Corporation, Russell Brands,
LLC, WinCraft Incorporated, and ISlide, Inc.
437 Madison Avenue, 25th Floor
New York, New York 10022
Tel.: (212) 878-4890
eml@msk.com

SO ORDERED:

_____
U.S.D.J.

Dated: New York, New York
       November ___, 2019